IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BILLY RAY STACKHOUSE,            )
                                 )
   Plaintiff,                    )
                                 )
   v.                            )   CASE NO. 2:25-cv-0962-RAH-SMD
                                 )
BLAKE TURMAN, *et al.*,          )
                                 )
                                 )
   Defendants.                   )

## ORDER AND FINAL JUDGMENT

On April 23, 2026, the Magistrate Judged filed a Recommendation (doc. 16) which recommended that the case be dismissed without prejudice for Plaintiff's failure to abide by orders of the Court concerning the payment of the filing fee. No objections have been filed, nor has the filing fee been paid.

Upon an independent review of the file, for good cause, and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation (doc. 16) is **ADOPTED**;

2. This action is **DISMISSED** without prejudice;

3. Final judgment is entered in favor of Defendants and against Plaintiff;

4. No costs are taxed; and,

5. The Clerk of Court shall close this case.

**DONE** and **ORDERED** on this the 12th day of May 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE